JABEZ E. VAN ORDEN, Respondent, *v.* HUGH MACRAE, Appellant.

*Van Orden* v. *MacRae,* 121 App. Div. 143, affirmed.
(Argued October 16, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 12, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover for labor performed and materials furnished.

*D. Cady Herrick* and *Percy S. Dudley* for appellant.

*Timothy M. Griffing* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

PITTSBURGH AMUSEMENT COMPANY, Appellant, *v.* WALTON FERGUSON, Respondent.

*Pittsburgh Amusement Co.* v. *Ferguson,* 115 App. Div. 241, affirmed.
(Argued October 19, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel defendant to execute and deliver to plaintiff a certain lease.

*Walter S. MacGregor, Herman Fromme* and *Arnold Gross* for appellant.

*Frank E. Blackwell* and *James K. Symmers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.